**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *In re Target Corp. Shareholder Derivative Litigation* | Case No. 0:25-cv-04377-NEB-SGE |
| ANDREW RANACIS, Derivatively on Behalf of TARGET CORPORATION,<br><br>Plaintiff,<br><br>     v.<br><br>BRIAN C. CORNELL, DAVID P. ABNEY, DOUGLAS M. BAKER, JR., GEORGE S. BARRETT, GAIL K. BOUDREAUX, ROBERT L. EDWARDS, DONALD R. KNAUSS, CHRISTINE A. LEAHY, MONICA C. LOZANO, GRACE PUMA, DERICA W. RICE, DIMITRI L. STOCKTON, MELANIE L. HEALEY, and MARY E. MINNICK,<br><br>            Defendants,<br>     -and-<br><br>TARGET CORPORATION,<br><br>            Nominal Defendant. | Case No. 0:25-cv-02743-NEB-SGE |

**MOTION TO CONSOLIDATE RELATED**
**DERIVATIVE ACTIONS AND APPOINT LEAD COUNSEL**

Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiffs Portia E. McCollum and Ryan Murphy, by and through their undersigned counsel, will bring their Motion to Consolidate Related Derivative Actions and Appoint Lead Counsel of the above-captioned actions as more fully described in the accompanying memorandum of law.

The moving Plaintiffs' motion is based upon the notice, the concurrently filed memorandum of points and authorities in support thereof, the concurrently filed declaration Seth D. Rigrodsky including exhibits thereto, and the records and pleadings on file in the above-captioned actions.

Dated:  February 13, 2026

**OF COUNSEL:**

**REINHARDT WENDORF & BLANCHFIELD**

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Vincent A. Licata
225 Broadway, Suite 3707
New York, NY 10007
(212) 201-7690
sdr@rl-legal.com
vl@rl-legal.com

/s/ Garrett D. Blanchfield
Garrett D. Blanchfield
80 So. 8th Street, Suite 900
Minneapolis, MN 55402
(651) 287-2100
g.blanchfield@rwblawfirm.com

*Attorneys for Moving Plaintiffs*

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
Daniel Tepper
Correy A. Suk
33 Whitehall Street, 17th Floor
New York, NY 10004
(212) 363-7500
gnespole@zlk.com
dtepper@zlk.com
csuk@zlk.com

*Counsel for Moving Plaintiffs*

2

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Ave., 22nd Floor
New York, NY 10016
Tel: 212-983-1300
Fax: 212-983-0383
tjmckenna@gme-law.com
egleston@gme-law.com

*Counsel for Plaintiff Kaur and Additional Counsel to Moving Plaintiffs*

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Facsimile: (267) 507-6048
jgrabar@grabarlaw.com

*Additional Counsel for Portia McCollum*

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A Fortunato
810 Seventh Avenue Suite 620
New York, NY 10019
Tel: 212-308-5858
Fax: 212-486-0462
fortunato@bespc.com

*Counsel for Andrew Ranacis*