**Reinhardt Wendorf & Blanchfield**

Attorneys at Law

80 South Eighth Street | Suite 900
Minneapolis, Minnesota 55402
Office: (651) 287-2100
www.rwblawfirm.com

April 1, 2026

**VIA ECF**

Hon. Nancy E. Brasel
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

> Re:    *In re Target Corp. S'holder Deriv. Litig.,* No. 25-cv-4377-NEB-SGE

Dear Judge Brasel:

We write on behalf of all parties to this action pursuant to the Court's Notice to Attorneys entered yesterday (Dkt. No. 109).

As background, the United States District Court for the Middle District of Florida issued an Order on July 16, 2025 (enclosed) consolidating three related stockholder derivative actions into one and appointing lead counsel. The consolidated action was later transferred to this District, where *Ranacis v. Cornell* (25-cv-2743 NEB-SGE) was pending. Plaintiffs' counsel in both actions then moved to consolidate the *Ranacis* action into this action and appoint lead counsel over both actions.

Having met and conferred through counsel, the parties agree that the recent dismissal of the *Ranacis* action renders moot the pending motion in this case (Dkt. No. 96). Accordingly, the parties also agree that the hearing on the motion scheduled for April 8 should be canceled.

The parties are discussing how to proceed in this action and intend to submit a stipulation in the near future for the Court's consideration.

We are happy to answer any additional questions the Court may have.

Respectfully,

/s/ *Garrett D. Blanchfield*

Garret D. Blanchfield

Encl.